Original

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

ROBERT ALBERGO,

Plaintiff,

v. U.S. District Case No. 8:19-CV-51-T-02A

MARIANNE ZACCARO-ALBERGO,

Defendant,

&

INTERNAL REVENUE SERVICE,

Third-Party

_______________________________/

FILED
2019 JAN 18 PM 3:19
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

MARIANNE ZACCARO-ALBERGO'S AMENDED

MOTION TO DISMISS FOURTH AMENDED COMPLAINT

COMES NOW, Marianne Zaccaro-Albergo and hereby respectfully requests this Honorable Court to dismiss fourth amended complaint and in support hereof states:

1. Marianne Zaccaro-Albergo is a retired federal employee from the U.S. Attorney's Office, Middle District of Florida, Tampa Division wherein Ms. Zaccaro-Albergo was a Litigation Specialist in the Civil Division where she prepared documents to remove state claims to U.S. District Court and handled same to completion of the case in federal court.

2. Fourth Amended Complaint was filed (see attached docket sheet as Ex. B) and properly and timely removed.

3. Robert Albergo at his deposition May 27, 2016 (see attached deposition as Ex. A) was asked of the instant action, who responded under oath and sworn answer to-wit:

> ". . .if she was, you know – with this prenup, trying to get a lot more money, I didn't know whether she would win or not, so I thought, you know,

I might as well do this personal injury lawsuit."

The answer of Robert Albergo establishes that he is pursuing this lawsuit for frivolous reasons, clearly made it up, and that this lawsuit is for the purpose of harassing his wife for advantage in a related actions, dissolution of marriage and state of florida. The state knows that it does not have a case and wants these attorneys to continue its made up frivolous case. Moreover, the judge has abused his judicial power.

4. At hearing November 30, 2018 (see attached transcript as Ex. C) before George Jirotka counsel could not explain continued filing of amended complaints and it was mentioned this would not be allowed in district court, the response was "this is State level."

WHEREFORE, Marianne Zaccaro-Albergo, respectfully requests this Honorable Court to dismiss fourth amended complaint.

Respectfully submitted,

Marianne Zaccaro-Albergo

MARIANNE ZACCARO-ALBERGO
2539 Gary Circle #206
Dunedin, Florida 34628
Email: maz2002@icloud.com
Telephone: (727) 412-5255

## CERTIFICATE OF SERVICE

I HEREY CERTIFY that a true and correct copy has been mailed to counsel of record this 18th day of January, 2019.

Marianne Zaccaro Albergo

MARIANNE ZACCARO-ALBERGO

Q How long after this day, December 8th, did you go see Wil Florin?

A It was probably a few months afterwards.

Q And was it Lee Mezrah who referred you to Wil Florin?

A No.

Q Who referred you to Wil Florin?

A Wil is a friend of mine.

Q How do you know Wil?

A Just socially. I just thought one day, you know what, if she's going -- if she was, you know -- with this prenup, trying to get a lot more money, I didn't know whether she would win or not, so I thought, you know, I might as well do this too.

Q What is "this"?

A Personal injury lawsuit.

Q How much are you seeking to recover from her in the personal injury lawsuit?

A I haven't discussed that with him yet.

Q You never discussed -- I don't want to get into this, but I'm asking you, Rob, how much money are you suing her for? Do you want a hundred dollars?



Ex. A

A We haven't -- I haven't decided that yet. A lot of it would depend on how much she was going to win off of me during the divorce, the prenup thing.

Q That's been settled, correct?

A Well, she's appealing it now.

Q So the trial court award -- so she was paid 1 point --

A 1.6 million.

Q Okay. So is that what you're seeking to recover from the personal injury suit?

A I haven't gotten to that point yet.

Q Do you want more than that?

A I haven't gotten to that point yet.

Q Do you want less than that?

A I haven't gotten to that point yet.

Q Are you paying Wil Florin on a contingency basis or by the hour?

A We haven't discussed that.

Q There's no fee agreement between you and Wil?

A He's a friend of mine.

Q Here's why I can ask, because the Bar Association requires that we have written agreements. So you didn't sign any agreement with Wil on that?

A I did sign an agreement with him, but I don't know what it says. What's the standard, a third or something?

# CASE SUMMARY
## CASE NO. 15-002388-CI

**ROBERT P ALBERGO**
**Vs.**
**MARIANNE ALBERGO**

§ Location: **Section 15**
§ Judicial Officer: **JIROTKA, GEORGE M**
§ Filed on: **04/14/2015**
§ Case Number History:
§ UNIFORM CASE NUMBER: **522015CA002388XXCICI**

### CASE INFORMATION

Case Type: **WRONGFUL ACT**

Case Status: **04/14/2015 OPEN**

Case Flags: **NOTICE OF HEARING**
**DEMAND FOR JURY TRIAL**

| DATE | CASE ASSIGNMENT | |
|---|---|---|
| | **Current Case Assignment** | |
| | Case Number | 15-002388-CI |
| | Court | Section 15 |
| | Date Assigned | 06/19/2017 |
| | Judicial Officer | JIROTKA, GEORGE M |

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **PLAINTIFF** | **ALBERGO, ROBERT P** | **THATCHER, MATTHEW E**<br>*Retained*<br>813-225-1818 x255(W) |
| **DEFENDANT** | **ALBERGO, MARIANNE** | |
| **CLOSED PLAINTIFF - AMENDED** | **ALBERGO, ROBERT** | **THATCHER, MATTHEW E**<br>*Retained*<br>813-225-1818 x255(W) |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 04/14/2015 | CIVIL COVER SHEET - E-FILED | |
| 04/14/2015 | COMPLAINT | |
| 04/14/2015 | EXHIBIT<br>*REGISTER OF ACTIONS* | |
| 04/14/2015 | EXHIBIT<br>*FINAL JUDGMENT OF INJUNCTION* | |
| 04/14/2015 | SUMMONS TO BE ISSUED<br>*ISSUED ON 4/15/15* | |
| 04/14/2015 | NOTICE OF RELATED CASES | |
| 04/16/2015 | SUMMONS ISSUED TO PLAINTIFF<br>Party: DEFENDANT ALBERGO, MARIANNE<br>*ALIAS* | |

Ex. B



*Printed on 01/08/2019 at 11:43 AM*

# CASE SUMMARY
## CASE NO. 15-002388-CI

| | |
|---|---|
| 04/27/2015 | AFFIDAVIT-SERVICE OF PROCESS<br>*042415 MARIANNE ALBERGO (ALIAS SUMMONS)* |
| 04/27/2015 | NOTICE OF FILING<br>*RETURN OF SERVICE* |
| 05/18/2015 | DEF-RESP'S MOTION TO DISMISS |
| 05/19/2015 | NOTICE OF WITHDRAWAL<br>*OF MOTIONS FOR CLERKS DEFAULT* |
| 05/19/2015 | PLTF-PET'S MOTION FOR DEFAULT |
| 09/18/2015 | NOTICE OF APPEARANCE |
| 09/18/2015 | AMENDED COMPLAINT |
| 09/21/2015 | NOTICE OF UNAVAILABILITY |
| 10/05/2015 | RESPONSE<br>*TO JOINDER OF CLAIMS* |
| 10/12/2015 | DEF-RESP'S MOTION TO DISMISS<br>*AMENDED COMPLIANT* |
| 10/15/2015 | NOTICE OF FILING<br>*EXHIBIT "A" TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT (COS: 10/12/15)* |
| 10/19/2015 | DEMAND FOR JURY TRIAL |
| 10/19/2015 | AMENDED COMPLAINT<br>*(SECOND)* |
| 10/22/2015 | AMENDED COMPLAINT<br>*THIRD* |
| 11/04/2015 | DEF-RESP'S MOTION TO DISMISS<br>*THIRD AMENDED COMPLAINT* |
| 11/30/2015 | NOTICE OF HEARING<br>*022516 9:15* |
| 12/31/2015 | ADD DEMAND FOR JURY TRIAL FLAG |
| 02/25/2016 | CORRESPONDENCE TO COURT RE<br>*PROPOSED ORDER RCVD BY COURT 120215* |
| 02/25/2016 | ORDER DENYING<br>*DEFT MTN TO DISMISS THIRD AMENDED COMPLAINT- DEFT TO ANSWER W/IN 30* |

# CASE SUMMARY
## CASE NO. 15-002388-CI

| | |
|---|---|
| | *DAYS* |
| 03/15/2016 | DESIGNATION OF E-MAIL ADDRESS(ES) *(AMENDED)* |
| 04/14/2016 | ANSWER-AFFIRMATIVE DEFENSES OF Party: DEFENDANT ALBERGO, MARIANNE *TO THIRD PARTY COMPLAINT* |
| 04/14/2016 | DESIGNATION OF E-MAIL ADDRESS(ES) *(SECOND AMENDED)* |
| 05/23/2016 | DEMAND FOR JURY TRIAL |
| 05/23/2016 | NOTICE OF TAKING DEPOSITION |
| 05/23/2016 | NOTICE OF SERVICE OF INTERROGATORIES |
| 05/23/2016 | REQUEST FOR PRODUCTION |
| 05/23/2016 | NOTICE CAUSE IS AT ISSUE READY FOR TRIAL *JURY TRIAL* |
| 06/20/2016 | AMENDED NOTICE OF TAKING DEPO *(VIDEO)* |
| 06/20/2016 | MOTION PROTECTIVE ORDER Party: DEFENDANT ALBERGO, MARIANNE *AND TO POSTPONE SCHEDULED DEPOSITION* |
| 06/21/2016 | NOTICE OF CANCELLATION *OF VIDEO DEPO* |
| 06/23/2016 | DEF-RESP'S MOTION FOR EXTENSION OF TIME *TO RESPOND OR OBJECT TO PLAINTIFFS REQUEST FOR PRODUCTION OF DOCUMENTS AND ANSWER PLAINTIFFS FIRST SET OF INTERROGATORIES* |
| 06/30/2016 | NOTICE OF HEARING *082616 10:45* |
| 07/11/2016 | MOTION FOR EXTENSION OF TIME FILED BY *(SECOND) TO RESPOND OR OBJECTION TO PLTFS REQUEST FOR DISCOVERY* |
| 08/18/2016 | RESPONSE TO REQUEST FOR PRODUCTION |
| 08/18/2016 | NOTICE OF SERVICE ANSWERS INTERROGATORIES |
| 08/29/2016 | ORDER GRANTING *MOTION FOR PROTECTIVE ORDER* |
| 08/31/2016 | ORDER GRANTING |

# CASE SUMMARY

## CASE NO. 15-002388-CI

| | |
|---|---|
| | *DEFTS MOTION TO POSTPONE SCHEDULED DEPOSITION* |
| 08/31/2016 | ATTORNEY COVER LETTER |
| 09/06/2016 | NOTICE OF SERVICE ANSWERS INTERROGATORIES<br>*BY DEFT* |
| 09/06/2016 | PLTF-PET'S MOTION TO COMPEL DISCOVERY |
| 09/06/2016 | EXHIBIT<br>*A- INTERROGATORIES TO DEFT* |
| 09/06/2016 | EXHIBIT<br>*B- DEFT ANSWERS TO PLTF INTERROGATORIES* |
| 09/06/2016 | EXHIBIT<br>*C- 082316 CORRESPONDENCE RE: GOOD FAITH ATTEMPT* |
| 11/08/2016 | PLTF-PET'S MOTION TO COMPEL<br>*DEPOSITION* |
| 11/08/2016 | EXHIBIT<br>*(A) MOTION TO POSTPONE SCHEDULED DEPOSITION* |
| 11/08/2016 | EXHIBIT<br>*(B) COPY ORDER ON MOTION FOR PROTECTIVE ORDER* |
| 11/08/2016 | EXHIBIT<br>*(C) COPY ORDER GRANTING MOTION TO POSTPONE SCHEDULED DEPOSITION* |
| 11/08/2016 | EXHIBIT<br>*(D) EMAIL CORRESPONDENCE* |
| 03/09/2017 | NOTICE OF TAKING DEPOSITION<br>*(VIDEOTAPED)* |
| 03/17/2017 | DEF-RESP'S MOTION TO WITHDRAW<br>*AS COUNSEL* |
| 03/17/2017 | EXHIBIT<br>*A - EMAILS: WITHDRAW AS COUNSEL* |
| Mike - 03/20/2017 | DEF-RESP'S MOTION TO DISMISS<br>*THIS FRIVOLOUS CASE* |
| 04/04/2017 | PLTF-PET'S MOTION TO STRIKE<br>*MOTION TO DISMISS* |
| 04/04/2017 | EXHIBIT<br>*(A) MOTION TO WITHDRAW AS ATTORNEY OF RECORD* |

# CASE SUMMARY
## CASE NO. 15-002388-CI

| | |
|---|---|
| 04/04/2017 | EXHIBIT<br>*(B) MOTION TO DISMISS* |
| 04/19/2017 | NOTICE OF HEARING<br>*052317 (TELEPHONIC)* |
| 02/19/2018 | NOTICE OF HEARING<br>*5/3/2018 3:30* |
| 03/09/2018 | ATTORNEY COVER LETTER<br>*--- COURT RECEIVED 030718* |
| 03/09/2018 | ORDER GRANTING<br>*WITHDRAWL OF COUNSEL FOR DEFT* |
| 03/23/2018 | ORDER GRANTING<br>*MTN TO COMPEL DEPOSITION* |
| 03/23/2018 | CORRESPONDENCE TO COURT RE<br>*PROPOSED ORDER - RECEIVED BY COURT 032218* |
| 03/29/2018 | NOTICE OF TAKING DEPOSITION<br>*(VIDEOTAPED)* |
| 03/30/2018 | DESIGNATION OF E-MAIL ADDRESS(ES)<br>*AMENDED* |
| 04/13/2018 | NOTICE OF APPEARANCE<br>Party: DEFENDANT ALBERGO, MARIANNE |
| 04/16/2018 | MOTION<br>Filed by: DEFENDANT ALBERGO, MARIANNE<br>*TO CONTINUE DEPOSITION* |
| 04/18/2018 | RESPONSE<br>*AND OBJECTION TO DEFT'S MTN TO CONTINUE DEPO* |
| 04/20/2018 | ORDER DENYING<br>*DEFTS MTN TO CONTINUE DEPOSITION/PLTFS RESPONSE AND OBJECTION TO MTN TO CONTINUE DEPOSITION* |
| 04/20/2018 | PLTF-PET'S MOTION<br>*FOR ORDER TO SHOW CAUSE AND FOR SANCTIONS* |
| 04/20/2018 | EXHIBIT<br>*A- COPY ORDER ON PLTF'S MTN TO COMPEL DEPO* |
| 04/20/2018 | EXHIBIT<br>*B- NOTICE OF TAKING VIDEOTAPED DEPO* |
| 04/20/2018 | EXHIBIT<br>*C- MTN TO CONTINUE DEPOSITION* |

# CASE SUMMARY
## CASE NO. 15-002388-CI

| | |
|---|---|
| 04/20/2018 | EXHIBIT<br>*D- COPY ORDER GRANTING DEFT'S MTN TO POSTPONE SCHEDULED DEPO AND/OR MTN TO PROTECTIVE ORDER* |
| 04/20/2018 | EXHIBIT<br>*E- COPY ORDER* |
| 05/02/2018 | NOTICE OF HEARING<br>*082118 1:30* |
| 05/09/2018 | AMENDED NOTICE OF TAKING DEPO<br>*(VIDEOTAPED)* |
| 05/17/2018 | RESPONSE<br>*TO MOTION TO SHOW CAUSE AND FOR SANCTIONS* |
| 06/04/2018 | NOTICE<br>*TO WITHDRAW MOTION* |
| 06/06/2018 | DEMAND FOR JURY TRIAL |
| 06/06/2018 | PLTF-PET'S MOTION TO SET TRIAL<br>*JURY* |
| 06/08/2018 | NOTICE OF CANCELLATION<br>*OF HEARING 082118* |
| 06/15/2018 | ORDER OF REFERRAL TO MEDIATION |
| 06/27/2018 | NOTICE OF HEARING<br>*7/13/2018 2:00* |
| 06/29/2018 | NOTICE OF MEDIATION CONFERENCE<br>*071318 9:30* |
| 07/02/2018 | DESIGNATION OF E-MAIL ADDRESS(ES)<br>*SECOND AMENDED* |
| 07/03/2018 | ORDER - NOT SIGNED BY COURT<br>*ON DEFT MTN DISMISS / PLTF MTN STRIKE* |
| 07/03/2018 | ORDER - NOT SIGNED BY COURT<br>*ON DEFT MOTN DISMISS / PLTF MOTN STRIKE* |
| 07/03/2018 | CORRESPONDENCE TO COURT RE<br>*PROPOSED ORDER - RECEIVED BY COURT 062918* |
| 07/09/2018 | PLTF-PET'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br>*ON LIABILITY FOR ALL COUNTS* |

# CASE SUMMARY
## CASE NO. 15-002388-CI

| | |
|---|---|
| 07/09/2018 | EXHIBIT<br>*A - THIRD AMENDED COMPLAINT* |
| 07/09/2018 | EXHIBIT<br>*B - FOURTH AMENDED COMPLAINT* |
| 07/09/2018 | EXHIBIT<br>*C - AFFIDAVIT OF ROBERT ALBERGO* |
| 07/09/2018 | EXHIBIT<br>*D - VIDEO DEPOSITION OF MARIANNE ZACCARO-ALBERGO VOLUME 1, PAGES 1 THROUGH 74* |
| 07/09/2018 | EXHIBIT<br>*E - PHOTOS* |
| 07/09/2018 | EXHIBIT<br>*F - DEPOSITION OF THOMAS KING OCTOBER 16, 2015* |
| 07/09/2018 | MOTION<br>Filed by: PLAINTIFF ALBERGO, ROBERT P<br>*FOR LEAVE TO AMEND COMPLAINT*<br>*ADDING CLAIMS FOR PUNITIVE DAMAGES AND PROFFER, WITH ATTACHMENT* |
| 07/09/2018 | EXHIBIT<br>*A - FOURTH AMENDED COMPLAINT* |
| 07/09/2018 | NOTICE OF FILING<br>*EVIDENCE TO SUPPORT MOTION FOR LEAVE TO AMEND COMPLAINT ADDING CLAIMS FOR PUNITIVE DAMAGES AND PROFFER* |
| 07/09/2018 | EXHIBIT<br>*A - AFFIDAVIT OF ROBERT ALBERGO* |
| 07/09/2018 | EXHIBIT<br>*B - PICTURE OF CD* |
| 07/09/2018 | EXHIBIT<br>*C - VIDEO DEPOSITION OF MARIANNE ZACCARO-ALBERGO VOLUME 1, PAGES 1 THROUGH 74* |
| 07/09/2018 | EXHIBIT<br>*D - RESPONDENT'S SWORN STATEMENT OF*<br>*POSSESSION OF FIREARMS AND/OR AMMUNITION* |
| 07/09/2018 | EXHIBIT<br>*E - DEPOSITION OF THOMAS KING OCTOBER 16, 2015* |
| 07/09/2018 | EXHIBIT<br>*F - DEPOSITION OF MICHAEL EARLEY* |

| | |
|---|---|
| | *SEPTEMBER 8, 2015* |
| 07/11/2018 | ORDER<br>*DENYING DEFTS PRO SE MTN DISMISS/GRANTING PLTFS MTN TO STRIKE* |
| 07/11/2018 | CORRESPONDENCE TO COURT RE<br>*PROPOSED ORDER - RECEIVED BY COURT 071118* |
| 07/16/2018 | NOTICE FINAL DISPOSITION OF REFERRAL<br>*DID NOT REACH AGREEMENT* |
| 08/07/2018 | NOTICE OF HEARING<br>*111318 10:00* |
| 08/09/2018 | AMENDMENT TO<br>*PREVIOUS ANSWER TO THIRD AMENDED COMPLAINT BY ASSERTIONOF AFFIRMATIVE DEFENSE* |
| 08/09/2018 | EXHIBIT<br>*A - DEPOSITION OF ROBERT P ALBERGO MD 110915 (VIDEOTAPED)* |
| 08/16/2018 | DEF-RESP'S MOTION TO STRIKE |
| 08/16/2018 | EXHIBIT<br>*COPY AMENDMENT* |
| 08/20/2018 | AMENDED NOTICE OF HEARING<br>*111318 10:00* |
| 10/05/2018 | MOTION<br>Filed by: DEFENDANT ALBERGO, MARIANNE<br>*FOR LEAVE TO TAKE DEPOSITIONS BY TELEPHONE* |
| 10/26/2018 | ORDER SETTING PRE-TRIAL CONFERENCE<br>*020519 2:30 AND WEEK OF JURY TRIAL 021119 8:30* |
| 11/06/2018 | DEF-RESP'S MOTION TO WITHDRAW |
| 11/07/2018 | NOTICE OF HEARING<br>*111318 10:00* |
| 11/07/2018 | OBJECTION<br>*TO DEFENDANT'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR RESPONDENT/WIFE* |
| 11/07/2018 | EXHIBIT<br>*A - MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT* |
| 11/07/2018 | EXHIBIT<br>*B - COPY ORDER GRANTING WITHDRAWAL OF COUNSEL FOR DEFENDANT* |
| 11/07/2018 | EXHIBIT |

# CASE SUMMARY

## CASE NO. 15-002388-CI

| | |
|---|---|
| | *C - NOTICE OF HEARING* |
| 11/13/2018 | CORRESPONDENCE TO COURT RE<br>*ENCLOSED NOTEBOOK RECEIVED BY COURT 110918* |
| 11/14/2018 | AMENDED NOTICE OF HEARING<br>*113018 11:30 BY PLTF (SECOND)* |
| 11/19/2018 | ORDER GRANTING<br>*WITHDRAWAL OF DEFTS COUNSEL* |
| 11/19/2018 | CORRESPONDENCE TO COURT RE<br>*PROPOSED ORDER RCVD BY COURT 111618* |
| 11/30/2018 | EMERGENCY MOTION<br>Party: DEFENDANT ALBERGO, MARIANNE<br>*TO STAY CASE / OR EXTENSION OF TIME PENDING INVESTIGATIONS BY* |
| 11/30/2018 | EMERGENCY MOTION<br>*TO STAY CASE BY DEFT --- NOT AN EMERGENCY BY COURT* |
| 11/30/2018 | ATTORNEY COVER LETTER<br>*--- COURT RECEIVED 111618* |
| 12/04/2018 | NOTICE OF HEARING<br>*010819 11:00* |
| 12/07/2018 | LIST OF EXHIBITS |
| 12/07/2018 | WITNESS LIST |
| 12/10/2018 | ORDER DENYING<br>*PLTF MOTN STRIKE AFFIRMATIVE DEFENSES AND MOTN IN LIMINE* |
| 12/10/2018 | ORDER DENYING<br>*W/O PREJUDICE PLTF MTN FOR PARTIAL SUMMARY JUDGMENT ON LIABLITY FOR ALL CLAIMS* |
| 12/10/2018 | CORRESPONDENCE TO COURT RE<br>*PROPOSED ORDERS* |
| 12/10/2018 | ORDER GRANTING<br>*PLTF MOTN FOR LEAVE TO AMEND COMPLAINT ADDING CLAIMS FOR PUNITIVE DAMAGES AND PROFFER* |

$14.75
407-282-4067

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **CLOSED PLAINTIFF - AMENDED** ALBERGO, ROBERT | |
| | Total Charges | 420.00 |
| | Total Payments and Credits | 420.00 |
| | **Balance Due as of 1/8/2019** | **0.00** |
| | **DEFENDANT** ALBERGO, MARIANNE | |
| | Total Charges | 4.60 |
| | Total Payments and Credits | 4.60 |

# CASE SUMMARY

## CASE NO. 15-002388-CI

**Balance Due as of 1/8/2019** **0.00**

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY
CIVIL DIVISION

ROBERT ALBERGO,

Plaintiff,

vs. CASE NO.: 15-002388-CI

MARIANNE ALBERGO,

Defendant.

HEARING BEFORE THE HONORABLE GEORGE M. JIROTKA

DATE: November 30, 2018

TIME: 11:30 a.m. to 11:45 a.m.

PLACE: Pinellas County Courthouse
315 Court Street
Clearwater, Florida 33756

REPORTED BY: Arlyanna L. Salgat, RMR
Riesdorph Reporting Group, Inc.
201 East Kennedy Boulevard
Suite 712
Tampa, Florida 33602
(813) 222-8963

Pages 1 to 12



Ex. C

Page 2

APPEARANCES:
ERIC P. CZELUSTA, ESQUIRE
Florin Roebig, P.A.
777 Alderman Road
Palm Harbor, Florida 34683
Attorney for Plaintiff

MARIANNE ALBERGO, PRO SE
2539 Gary Circle, Unit 206
Dunedin, Florida 34698

INDEX

Proceedings................................. Page 03
Reporter's Certificate....................... Page 12

Page 3

PROCEEDINGS

(Hearing convened at 11:30 a.m.)

MR. CZELUSTA: Ms. Albergo, here's a notebook that I gave to your previous attorney for the last hearing. I think we had it served on you as well.

THE COURT: All right. So -- so what's State of Florida v. Marianne Albergo? What's that got to do with anything, Ms. Albergo?

MS. ALBERGO: Oh, Your Honor, do you need that case number?

THE COURT: No. Just tell me what it's about.

MS. ALBERGO: Oh, the State of Florida versus Marianne Albergo.

THE COURT: That's what you said, yes.

MS. ALBERGO: An aggravated battery and assault case, and it's a criminal charge.

THE COURT: Against you, right?

MS. ALBERGO: Against me.

THE COURT: Okay. Don't go into it. So what does -- what effect does that have on this case?

MS. ALBERGO: Well, once that case goes to trial in April, those charges will be dismissed whereby this will make this action moot.

THE COURT: Possibly.

MS. ALBERGO: And that's just my familiarity. I

Page 4

am retired from the Department of Justice. I worked there 20 years, but I have been a housewife and a mother for 20 years.

THE COURT: All right. Now, are you going to get a lawyer in this case, or what are you going to do?

MS. ALBERGO: Well, I was anticipating that this case would be stayed until trial of State of Florida versus Marianne Albergo, which is set for trial the first week of April of 2019.

THE COURT: You're Eric Czelusta?

MR. CZELUSTA: Yes, sir.

THE COURT: All right. What happened here, Ms. Albergo, was that your attorney withdrew. It was a Mr. Maney, right?

MS. ALBERGO: That's correct, Your Honor, because I had a limit of one million dollars of paying attorney's fees, and I have met that limit.

THE COURT: Okay. So for whatever reason, he withdrew. That was not opposed. And I granted that order I think sometime November 13th. Now --

MS. ALBERGO: Yes. I would like to put on the record I have not paid Mr. Maney since June of 2017, and he was kind enough to work for free.

THE COURT: All right. So possibly what we can

Page 5

do to move this thing forward here is that Mr. Czelusta filed a motion for leave to amend complaint, adding claims for punitive damages and proffer, right?

MR. CZELUSTA: That's correct, Your Honor.

THE COURT: So if there's no objection --

MS. ALBERGO: To amend the complaint?

THE COURT: Yeah.

MS. ALBERGO: Well, I don't know that it's an objection, per se, and I apologize. I haven't been able to obtain a lawyer because I don't have the money, but I don't understand when I did work in the legal field, once you filed a complaint, it was filed. I can understand one amended complaint, but two, three, four, five -- this is your sixth amended complaint.

THE COURT: Well, that can happen. That can happen sometimes, so --

MS. ALBERGO: I never experienced that in my 20 years of working at the United States Attorney's Office.

THE COURT: Well, this is the State level.

MS. ALBERGO: Okay, Your Honor. Thank you. I don't want to take up your time. That's fine, then.

THE COURT: All right. So let's do this. Just

Page 6

to move this case forward but have no definitive result here today, let's go ahead and grant without objection Plaintiff's motion for leave to amend complaint. I believe that Ms. Albergo had no objection to that; is that correct?
MS. ALBERGO: I have no objection, Mr. Czelusta.
MR. CZELUSTA: All right. So we will give Ms. Albergo 30 days. Will you need a little bit more time maybe? You have to answer.
MS. ALBERGO: I forgot. I have to write that down.
THE COURT: I'll do an order. Don't worry about it, okay?
MS. ALBERGO: Oh.
THE COURT: Just don't worry. Well, you can write it down if you want to. That's fine. All right? So we will grant the motion for leave to amend complaint, et cetera, and give you 30 days from the date of the order to file a responsive pleading, or we can just -- you have to file a responsive pleading thereto, to the amended complaint.
Then that would make the Plaintiff's motion to strike definitive affirmative defenses, etc., moot and also Plaintiff's motion for partial summary judgment on liability for all counts moot, and we

Page 7

move the case forward. How's that sound?
MR. CZELUSTA: Judge, for the most part, it sounds fine. I'm wondering about the reason why it would be moot under the motion for partial summary judgment for liability on those issues.
THE COURT: Because you're going to be amending the Complaint, right?
MR. CZELUSTA: Yes, sir.
THE COURT: All right. So then it's moot. You can't do summary judgment.
MR. CZELUSTA: Okay.
THE COURT: Okay? That's why. Not because you're wrong.
MR. CZELUSTA: But we still can re-file the motion?
THE COURT: Oh, absolutely. It's moot. You can put that moot without prejudice if you want.
MR. CZELUSTA: Yes, sir.
THE COURT: All right? And Mr. Czelusta would be preparing the order?
MR. CZELUSTA: Yes, sir.
THE COURT: And are you going -- how are you going to do it? Are you going to file an amended Complaint? Yes. I presume that's the way to do it, right?

Page 8

MR. CZELUSTA: We can file the amended complaint. We also attached it as an exhibit to the motion, and perhaps we could put in the order that it's deemed filed as of the date of the order as well.
THE COURT: We can do that. That would save you time, and then Ms. Albergo and/or her attorney, if she gets one, would have 30 days -- sorry -- yeah, 30 days from the date of that order to file a responsive pleading.
MR. CZELUSTA: Yes, sir.
THE COURT: Okay? And then sort of everybody's on the square, okay?
And if you want to address the other two motions' mootness without prejudice in the same order, I have no problem, okay?
MR. CZELUSTA: Yes, sir.
THE COURT: Just do me a favor: If you do that, put on the style of the order, "order on" blah, blah, blah, blah, blah, on the three motions.
MR. CZELUSTA: Yes, sir.
THE COURT: That's all, just so we can track it for docket purposes.
Yes, ma'am? You had a question? And you will get a copy of the order in advance before I sign it.

Page 9

You will also get a copy of the order once I sign it.
MS. ALBERGO: Oh, thank you, Your Honor, for clarifying that. Will I be able to order a copy of the transcript today so I --
THE COURT: It's up to you if you want to order it. I don't control that. I don't control that. I don't know who ordered the court reporter or what, but if you want to order a transcript, you're free to do that. Maybe the court reporter, once we're concluded, could give you her business card, okay?
And then on this motion to stay, go ahead and set it for a hearing if you want, okay?
MS. ALBERGO: Oh, I set that for hearing?
THE COURT: Yes. That would be -- well, what you would do is contact my judicial assistant. She would give you some hearing times, and then you need to coordinate that with Mr. Czelusta, and then we would have the appropriate hearing, okay?
MS. ALBERGO: Are you available in the next three months?
MR. CZELUSTA: Of course. I'm available next week, whenever you'd like.
THE COURT: Yeah, that's fine. And would you like to set it now?
MS. ALBERGO: Excellent.

Page 10

THE COURT: All right. We'll go off the record for everybody to consult their calendars including, but not limited to, contacting your offices.

(Discussion off the record.)

THE COURT: Let's go back on the record, and we agreed that we would have the hearing on defendant's motion to stay case and/or extension of time pending investigations on January 8th, 2019 at 11:00 for 30 minutes. Mr. Czelusta, even though it's not his motion, graciously consented to prepare the notice of the hearing.

MR. CZELUSTA: That's correct, Your Honor.

THE COURT: Okay. Yes, ma'am? I interrupted you.

MS. ALBERGO: Oh, thank you, Your Honor. I'm sorry that a lawyer is not with me to explain this, but Mr. Maney was never able to issue the subpoenas of people in the case, and he mentioned that you would be doing that telephonically with him, and I don't know if that actually ever occurred.

MR. CZELUSTA: I don't know.

THE COURT: All right. Well, why don't you hand that paperwork -- do you want me to make copies, Mr. Czelusta, for you and --

MR. CZELUSTA: I could take a picture.

Page 11

THE COURT: Perhaps the two of you could discuss it later. Is that all right?

MR. CZELUSTA: That's fine.

THE COURT: Would you like me to make copies of that?

MR. CZELUSTA: I can take a picture, Your Honor.

THE COURT: All right. Very good.

MS. ALBERGO: Is the discovery period still open and --

THE COURT: I don't know. Let him -- I can't rule on it today. Let Mr. Czelusta take copies of it, and he can now contact you.

MR. CZELUSTA: Thank you.

THE COURT: I think there was a third one. Is there a third piece of paper?

MR. CZELUSTA: Thank you.

THE COURT: Very good. And we'll get this thing rolling. Thank you.

MS. ALBERGO: Thank you, Your Honor.

(Hearing concluded at 11:45 a.m.)

Page 12

REPORTER'S CERTIFICATE

STATE OF FLORIDA :
COUNTY OF PASCO :

I, Arlyanna Salgat, RMR, certify that I was authorized to and did stenographically report the hearing and that the transcript is a true and complete record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the outcome of the foregoing action.

Dated this 10th day of January, 2019, IN THE CITY OF TRINITY, COUNTY OF PASCO, STATE OF FLORIDA.

A. Salgat

Arlyanna Salgat, RMR